PROB 12A
(7/93) Revised

# United States District Court
## DISTRICT OF MARYLAND

### Report on Offender Under Supervision

Offender: Kevin Westly White                                    Case Number: 1:90CR00349

Sentencing Judicial Officer: J. Frederick Motz, U.S. District Judge

Court Location: Baltimore, Maryland                              Date of Original Sentence: 04/09/1991

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 180 months Custody with 3 year(s) Supervised Release to follow

Type of Supervision: TSR

Date Supervision Commenced: 04/28/2006                           Date Supervision Expires: 04/27/2009

## NON-COMPLIANCE SUMMARY

On 3/15/08, the offender was arrested by the Baltimore City Police Department and charged with Vehicle/Rental: Failed to Return. This charge stemmed from an incident which occurred in 2007. According to the offender he rented a car for his nephew and unbeknownst to him, the vehicle was never returned. There is an outstanding balance of $6387 due to the rental company.

On 8/01/08, this charge was placed on the STET docket, with the condition that the offender continue to make restitution payments totaling the sum of $6387.

## U.S. PROBATION OFFICER ACTION

This officer would respectfully request that no action be taken. If future non-compliant behavior occurs, this officer will notify Your Honor immediately with a recommended course of action.

Respectfully submitted,

by _____
Raphael Snyder, Senior U.S. Probation Officer
August 12, 2008

Reviewed and Approved By:

_____
Robin Branch, Supervisory U.S. Probation Officer

## COURT ACTION

[✓] Agree with USPO action
[ ] Disagree. Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Disagree. Submit a Request for Warrant or Summons
[ ] Disagree. Other

_____
J. Frederick Motz, U.S. District Judge

August 14, 2008
Date